**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CHARLES ASHFORD**                                                                          **PLAINTIFF**
**ADC #133975**

**v.**                                        **Case No. 4:25-cv-01018-LPR-JJV**

**DOE**                                                                                      **DEFENDANT**

## ORDER

On September 29, 2025, Plaintiff Charles Ashford filed this *pro se* action without paying the $405 filing fee or submitting an application to proceed *in forma pauperis*.[1]  On October 1, 2025, the Court determined that Plaintiff, who has accumulated three "strikes" under 28 U.S.C. § 1915(g), had not satisfied the imminent danger exception to the *in forma pauperis* statute.[2]  Accordingly, the Court gave Plaintiff twenty-one (21) days to pay the $405 filing fee in full and warned Plaintiff that this case would be dismissed without prejudice if he did not do so.  In response, Plaintiff has filed a Motion seeking permission to voluntarily dismiss this lawsuit, which the Court finds good cause to grant.[3]

Accordingly, Plaintiff's Motion to Dismiss (Doc. 4) is GRANTED, and Plaintiff's Complaint (Doc. 1) is hereby DISMISSED without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 3); *see* 28 U.S.C. § 1915(g) (providing that three strikers should be granted permission to proceed *in forma pauperis* if they are "under imminent danger of serious physical injury").  The Order was entered by United States Magistrate Judge Joe J. Volpe.

[3] Mot. to Dismiss (Doc. 4).

IT IS SO ORDERED this 16th day of October 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE